IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br><br>               Plaintiff,<br><br>  v.<br><br>LAW OFFICES of DAVID FLEISCHMANN, P.C., DAVID FLEISCHMANN, ESQUIRE, ANDREW SELEVAN, ESQUIRE, and WORLD WIDE LAND TRANSFER, LLC f/k/a WORLD WIDE LAND TRANSFER, INC.<br><br>               Defendants. | **CIVIL ACTION NO.:**<br>**3:21-cv-16713-FLW-TJB**<br><br>**NOTICE OF MOTION**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE**, that upon the annexed certification of Joseph L. Francoeur dated October 28, 2021 and the exhibits thereto, the accompanying memorandum of law, and all the prior pleadings and proceedings herein, the undersigned attorneys for Defendants, LAW OFFICES of DAVID FLEISCHMANN, P.C. and DAVID FLEISCHMANN, ESQUIRE, shall move before the Honorable Chief Judge Freda L. Wolfson, U.S.D.J., on December 6, 2021 or on a date to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) dismissing Plaintiff's Amended Complaint against Defendants, LAW OFFICES of DAVID FLEISCHMANN, P.C. and DAVID FLEISCHMANN, ESQUIRE for failure to state claims upon which relief can be granted, and granting such other, further, and different relief as this Court deems just and proper.

Dated: October 28, 2021

                Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

        By:   ***/s/ Joseph L. Francoeur***
              Joseph L. Francoeur
              Maxx M. Johnson
              Attorneys for Defendants
              LAW OFFICES of DAVID FLEISCHMANN, P.C.
              and DAVID FLEISCHMANN, ESQUIRE
              150 East 42nd Street
              New York, New York 10017-5639
              Telephone:  212.490.3000
              Facsimile:   212.490.3038
              File No. 12036.00180
              joseph.francoeur@wilsonelser.com

TO:  All counsel of record via ECF.