IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **STEWART TITLE** | : | CIVIL ACTION |
| **GUARANTY COMPANY** | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| **LAW OFFICES of** | : | |
| **DAVID FLEISCHMANN, P.C. et al** | : | No. **3:21-CV-16713 (GC/TJB)** |
| Defendants | : | |

### CONSENT ORDER DISMISSING COUNT IV of the AMENDED COMPLAINT and CORRECTING PARAGRAPH 51 THEREOF

The parties hereto, by the signatures of their respective authorized counsel below, hereby ask that the Court enter an Order (a) dismissing Count IV of the Amended Complaint, entitled "CONVERSION in the alternative AGAINST LAW FIRM and FLEISCHMANN", without prejudice, and (b) correcting Paragraph 51 of the Amended Complaint by adding an inadvertently-omitted word, as follows:

EXISTING: "51.  Because the mortgages securing the Nexus Loans were not liens against the respective Premises (for the reasons set forth above) STGC, pursuant to the terms of its Title Policies, tendered policy limits to PS Funding and took assignment of PS Funding's interests. This occurred in the fall of 2020."

AMENDED: "51. Because the mortgages securing the Nexus Loans were not **FIRST** liens against the respective Premises (for the reasons set forth above) STGC, pursuant to the terms of its Title Policies, tendered policy limits to PS Funding and took assignment of PS Funding's interests.  This occurred in the fall of 2020."

We each agree to the form and entry of the Order set forth below.

{SIGNATURE LINES APPEAR ON NEXT PAGE}

7699009v1

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By: /S/ *William J. Levant, Esquire*        5/25/2022
      ―――――――――――――――――――――――――――――――――
      William J. Levant, Esquire                                    (date)
      Counsel for Stewart Title Guaranty Company

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By: /S/
      ―――――――――――――――――――――――――――――――――
      Joseph L. Francoeur, Esquire                               (date)
      Maxx M. Johnson, Esquire
      Counsel for Fleischmann Defendants

**MARSHALL DENNEHY**

By: /S/
      ―――――――――――――――――――――――――――――――――
      Howard B. Mankoff, Esquire                                 (date)
      Counsel for World Wide Land Transfer, LLC,
        f/k/a World Wide Land Transfer, Inc.

**LAW OFFICES of KEVIN T. CONWAY**

                                                                                5/25/22
By: ―――――――――――――――――――――――――――――――――
      Kevin T. Conway, Esquire                                     (date)
      Counsel for Andrew Selevan, Esquire

## ORDER

**AND NOW**, this _____ day of May, 2022, upon the consent of the parties, Count IV of the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**, and Paragraph 51 of the Amended Complaint is **AMENDED** as set forth above. Any party which previously answered the Amended Complaint need not do so again by reason of this Order.

BY THE COURT:

―――――――――――――――――――――――
Tonianne J. Bongiovanni, U. S. M. J.

7699009v1

From: Francoeur, Joseph <Joseph.Francoeur@wilsonelser.com>
Sent: Friday, May 20, 2022 2:42 PM
To: Mankoff, Howard B.
Cc: William J. Levant; Johnson, Maxx M.; Kevin Conway
Subject: Re: STGC v. Fleischmann, et al -- USDC, NJ - No. 21-CV-16713 [KS-IMAN_BB.FID950646]

Bill, you can sign for me as well.
Regards,
Joe
Sent from my iPad

From:     Mankoff, Howard B. <HBMankoff@MDWCG.com>
Sent:     Friday, May 20, 2022 9:32 AM
To:  William J. Levant; Francoeur, Joseph; Johnson, Maxx M.
Cc:  Kevin Conway
Subject:  RE: STGC v. Fleischmann, et al -- USDC, NJ - No. 21-CV-16713 [KS-IMAN_BB.FID950646]

Bill,

 You have my permission to affix my electronic signature.

Howard B. Mankoff
Attorney at Law
425 Eagle Rock Ave., Suite 302, Roseland, NJ 07068
Direct: (973) 618-4118 | Main: (973) 618-4100 | Fax: (973) 618-0685
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the
attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the
intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information
contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please
immediately notify me by forwarding this e-mail to HBMankoff@MDWCG.com, or by telephone at (973) 618-4118 and then delete the
message and its attachments from your computer.y.