IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **STEWART TITLE**<br>**GUARANTY COMPANY**<br>    Plaintiff<br>v.<br><br>**LAW OFFICES of**<br>   **DAVID FLEISCHMANN, P.C. et al**<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br>No. **3:21-CV-16713 (GC/TJB)** |

**CONSENT ORDER DISMISSING COUNT IV of the AMENDED COMPLAINT and CORRECTING PARAGRAPH 51 THEREOF**

The parties hereto, by the signatures of their respective authorized counsel below, hereby ask that the Court enter an Order (a) dismissing Count IV of the Amended Complaint, entitled "CONVERSION in the alternative AGAINST LAW FIRM and FLEISCHMANN", without prejudice, and (b) correcting Paragraph 51 of the Amended Complaint by adding an inadvertently-omitted word, as follows:

EXISTING: "51.  Because the mortgages securing the Nexus Loans were not liens against the respective Premises (for the reasons set forth above) STGC, pursuant to the terms of its Title Policies, tendered policy limits to PS Funding and took assignment of PS Funding's interests.  This occurred in the fall of 2020."

AMENDED: "51.  Because the mortgages securing the Nexus Loans were not **FIRST** liens against the respective Premises (for the reasons set forth above) STGC, pursuant to the terms of its Title Policies, tendered policy limits to PS Funding and took assignment of PS Funding's interests.  This occurred in the fall of 2020."

We each agree to the form and entry of the Order set forth below.

{SIGNATURE LINES APPEAR ON NEXT PAGE}

7699009v1

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By: /S/ William J. Levant, Esquire                          5/25/2022
_____
William J. Levant, Esquire                                  (date)
Counsel for Stewart Title Guaranty Company

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By: /S/
_____
Joseph L. Francoeur, Esquire                                (date)
Maxx M. Johnson, Esquire
Counsel for Fleischmann Defendants

**MARSHALL DENNEHY**

By: /S/
_____
Howard B. Mankoff, Esquire                                  (date)
Counsel for World Wide Land Transfer, LLC,
   f/k/a World Wide Land Transfer, Inc.

**LAW OFFICES of KEVIN T. CONWAY**

By: /S/                                                     5/25/22
_____
Kevin T. Conway, Esquire                                    (date)
Counsel for Andrew Selevan, Esquire

## ORDER

**AND NOW**, this 26 day of May, 2022, upon the consent of the parties, Count IV of the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**, and Paragraph 51 of the Amended Complaint is **AMENDED** as set forth above. Any party which previously answered the Amended Complaint need not do so again by reason of this Order.

BY THE COURT:

_____
Tonianne J. Bongiovanni, U. S. M. J.

7699009v1