**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICES OF DAVID FLEISCHMANN, et al.,<br><br>Defendants. | Civil Action No. 3:21-16713-GC-TJB<br><br>**ORDER** |

**CASTNER, District Judge**

    This matter comes before the Court upon Defendants Law Offices of David Fleischmann, P.C., and David Fleischmann, Esq.'s Motion to Dismiss Plaintiff Stewart Title Guaranty Company's Amended Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* ECF No. 13-2.) The Court has reviewed the parties' submissions and now decides the matter without oral argument pursuant to Rule 78 and Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, filed on this same date, and for good cause shown,

    **IT IS** on this 28th day of April, 2023,

    **ORDERED** that the Motion to Dismiss filed by Defendants Law Offices of David Fleischmann, P.C., and David Fleischmann, Esq. (ECF No. 13) is **GRANTED**; and it is further

    **ORDERED** that Plaintiff's Amended Complaint is dismissed without prejudice as to Defendants Law Offices of David Fleischmann, P.C., and David Fleischmann, Esq.; and it is further

**ORDERED** that Plaintiff shall have thirty (30) days from the date of this Order to file a Second Amended Complaint to the extent Plaintiff can cure the deficiencies identified in the accompany Memorandum Opinion.

_____
GEORGETTE CASTNER, U.S.D.J.

15