04953.00399-HBM
**MARSHALL DENNEHEY**
Howard B. Mankoff, Esq. - ☏973-618-4118
Attorney I.D. No. 021971981
✉ hbmankoff@mdwcg.com
Pauline F. Tutelo, Esq. - ☏973-618-4146
Attorney I.D. No. 025961996
✉ pftutelo@mdwcg.com
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
🖷973-618-0685
ATTORNEYS FOR DEFENDANT – WORLD WIDE LAND TRANSFER, LLC f/k/a WORLD WIDE LAND TRANSFER, INC.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br><br>                     Plaintiff,<br><br>             v.<br><br>LAW OFFICES OF DAVID FLEISCHMANN, P.C., DAVID FLEISCHMANN, ESQUIRE, ANDREW SELEVAN, ESQUIRE AND WORLD WIDE LAND TRANSFER, LLC f/k/a WORLD WIDE LAND TRANSFER, INC.,<br><br>                     Defendants. | CIVIL ACTION NO. 3:21-CV-16713<br><br>**CERTIFICATE OF COUNSEL IN SUPPORT OF DEFENDANT WORLD WIDE LAND TRANSFER'S MOTION<br>FOR LEAVE TO FILE<br>THIRD PARTY COMPLAINT** |

I, Howard Mankoff, being of full age, do hereby certify as follows:

1. I am Senior Counsel with the firm of Marshall Dennehey, counsel for the Defendant, World Wide Land Transfer, LLC. (WWLT), and, in this capacity, I am familiar with the facts of this matter.

2. I submit this Certification in support of the Defendant's motion for leave to file a third party complaint pursuant to FRCP 14(c) against the Law Offices of David Fleischmann, P.C., and David Fleischmann, Esq., individually.

3. Attached as **Exhibit A** is the amended complaint with exhibits.

4. Attached as **Exhibit B** is the transcript of the deposition of David Fleischmann, Esq.

5. Attached as **Exhibit C** is the transcript of the deposition of Aaron Schlusselberg, Esq.

6. Attached as **Exhibit D** is the certification of Juan Polistico.

7. Attached as **Exhibit E** is the proposed third party complaint.

All of the above statements made by me are true. I am aware that if any of the foregoing are willfully false, I am subject to punishment.

        **MARSHALL DENNEHEY**
Counsel for Defendant WORLD WIDE LAND TRANSFER, LLC

BY: /s/ *Howard B. Mankoff*
      HOWARD B. MANKOFF, ESQ.

Dated: December 7, 2023

2