## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STEWART TITLE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiffs, | : | **Case No. 3:21-cv-16713 (FLW-TJB)** |
| | : | |
| -against- | : | |
| | : | |
| LAW OFFICES OF DAVID FLEISCHMANN, P.C., | : | |
| DAVID FLEISCHMANN, ESQUIRE, ANDREW | : | **ORDER** |
| SELEVAN, ESQUIRE, and WORLD WIDE LAND | : | |
| TRANSFER, LLC f/k/a WORLD WIDE LAND | : | |
| TRANSFER, INC., | : | |
| | : | |
| Defendants, | : | |

### ORDER ON PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

THIS CAUSE came before the Court upon Defendant Andrew Selevan's Motion for a Protective Order pursuant to Fed. R. Civ. P. 26(c) granting Defendant Andrew Selevan a protective order with respect to the discovery demanded by Plaintiff Stewart Title Guaranty Company, and for Defendant Selevan to be deposed by the Plaintiff and/or any other parties to this action, and the Court being duly advised does hereby: ORDER AND ADJUDGE: Plaintiff's Motion is granted.

SO ORDERED this ___ day of _____, 2024.


By: _____
       **UNITED STATES DISTRICT JUDGE**